NO. 07-07-0068-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



APRIL 16, 2007


 ______________________________



KATIE LORRAINE COSPER, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


_________________________________



FROM THE 27TH DISTRICT COURT OF BELL COUNTY;



NO. 59592; HONORABLE JOE CARROLL, JUDGE


_______________________________




Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

MEMORANDUM OPINION


 Pending before the Court is appellant's motion to dismiss her appeal. Appellant and her
attorney both have signed the document stating that appellant withdraws her appeal. Tex. R.
App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. 
Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our
mandate will issue forthwith.

 James T. Campbell

 Justice


Do not publish